**Order filed February 11, 2020**



In The

# Fourteenth Court of Appeals

————————

## NO. 14-18-00756-CR

————————

**MICHEAL ANTHONY PAIZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 248th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1575130**

## ORDER

Appellant's appointed counsel, Terrence A. Gaiser, filed a brief concluding the appeal is frivolous. *See Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396 (1967). On January 16, 2020, we informed counsel that to comply with the requirements set forth in *Anders*, a Motion to Withdraw as counsel for appellant must be filed.

As of this date, no response has been filed. Accordingly, we order counsel to file a motion to withdraw **within 10 days of the date of this order**. If counsel fails to comply, his brief may be stricken and the appeal abated for appointment of new counsel.


PER CURIAM


Panel consists of Chief Justice Frost and Justices Christopher and Bourliot.